IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID LEE JONES                                                                                          PETITIONER
ADC #94099

No. 5:15-cv-00040-JM-JTK

WENDY KELLEY, *Director*,                                                                      RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful review of the findings and recommendations and the timely objections, as well as a *de novo* review of the record, the Court approves and adopts the findings and recommendations in their entirety. Judgment will be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c) (2006).

So Ordered this 19th day of February, 2016.

_____
United States District Judge