IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID LEE JONES                                                                                      PETITIONER
ADC #94099

5:15-cv-00040-JM-JTK

WENDY KELLEY, *Director*,                                                                      RESPONDENT
Arkansas Department of Correction

## JUDGMENT

The petition for a writ of habeas corpus is denied with prejudice.

SO ADJUDGED this 19th day of February, 2016.

_____
United States District Judge